## Charles Gilmore, Appellee, v. Charles Mix, W. A. Doss and T. W. Doss, Appellants.

### Gen. No. 9,501.

opinion filed May 28, 1946; released for publication June 24, 1946. Dwight H. Doss, for appellants; Arlo E. Bane, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full.

## J. Edward Jones, Appellant, v. Benjamin I. Salinger, Jr., et al., Defendants. Howard Blum, H. Booker and Chicago Title and Trust Co., Appellees.

### Gen. No. 43,450.

opinion filed May 29, 1946; rehearing denied June 12, 1946; released for publication June 13, 1946. J. Edward Jones, *pro se;* McInerney, Epstein & Arvey, for certain appellee; Louis M. Mantynband, and Melvin A. Garretson, of counsel; Sonnenschein, Berkson, Lautmann, Levinson & Morse, for certain other appellee; John J. Faissler, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.